IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY McBRIDE,                      )<br>                                        )<br>     Plaintiff,                        )<br>                                        )      CIVIL ACTION NO.<br>     v.                                )        1:12cv1047-MHT<br>                                        )             (WO)<br>HOUSTON COUNTY HEALTH CARE              )<br>AUTHORITY d/b/a Southeast               )<br>Alabama Medical Center,                 )<br>et al.,                                 )<br>                                        )<br>     Defendants.                        )| |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Courtney McBride's motion to dismiss claims against Rita Fairclough (Doc. No. 115) is granted and that defendant Fairclough and the claims against her are dismissed without prejudice, with the parties to bear their own costs. Defendant Fairclough is terminated as a party.

The court assumes that the non-movants have no objection to the allowance of the dismissal; however, if

they do, they must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 26th day of June, 2014.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE