IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


COURTNEY McBRIDE,                )
                                 )
        Plaintiff,               )
                                 )        CIVIL ACTION NO.
        v.                       )        1:12cv1047-MHT
                                 )            (WO)
HOUSTON COUNTY HEALTH CARE       )
AUTHORITY d/b/a Southeast        )
Alabama Medical Center,          )
et al.,                          )
                                 )
        Defendants.              )

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court
that plaintiff Courtney McBride's motion to dismiss (doc.
No. 187) is granted and that defendants Greg Benton and
Board of Commissioners of the City of Dothan are
dismissed and terminated as parties, with costs taxed as
paid.  The court assumes that the nonmovants have no
objection to the allowance of the dismissal; however, if
they do, they must file the objection within seven days
from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 2nd day of September, 2014.


　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE