IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
COURTNEY McBRIDE,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      1:12cv1047-MHT
                               )           (WO)
HOUSTON COUNTY HEALTH CARE     )
AUTHORITY d/b/a Southeast      )
Alabama Medical Center,        )
et al.,                        )
                               )
     Defendants.               )
```

JUDGMENT

In accordance with the clarification of claims asserted (doc. no. 249), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Belinda Robinson and William Banks are dismissed and terminated as parties, with costs taxed as paid.

(2) All damages associated with emotional distress, psychological injury, and/or post-traumatic stress disorder are dismissed as to all remaining defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 10th day of February, 2015.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE