IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
COURTNEY McBRIDE,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )     1:12cv1047-MHT
                               )
HOUSTON COUNTY HEALTH CARE     )
AUTHORITY d/b/a Southeast      )
Alabama Medical Center,        )
et al.,                        )
                               )
     Defendants.               )
```

ORDER

It is ORDERED that defendant Dinesh Karmunachi's motions to strike (doc. nos. 184 and 212) are denied. In resolving the pending summary-judgment motions, the court has implicitly considered the motions to strike as a notice of objections to the testimony described and has considered any related briefs as arguments on the objections.  See Norman v. Southern Guar. Ins. Co., 191 F. Supp. 2d 1321, 1328 (M.D. Ala. 2002) (Thompson, J.); Anderson v. Radisson Hotel Corp., 834 F. Supp. 1364, 1368 n. 1 (S.D. Ga. 1993).  The court is capable

of sifting evidence, as required by the summary-judgment standard, without resort to an exclusionary process, and the court will not allow the summary-judgment stage to degenerate into a battle of motions to strike.

    DONE, this the 30th day of March, 2015.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE