IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY McBRIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:12cv1047-MHT |
| | ) | (WO) |
| HOUSTON COUNTY HEALTH CARE | ) | |
| AUTHORITY d/b/a Southeast | ) | |
| Alabama Medical Center, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

It is ORDERED that (1) defendant Rajendra Paladugu's motion to strike (doc. no. 210) and motion in limine (doc. no. 306) are denied as moot and (2) his objections (doc. nos. 304, 305, and 307) and plaintiff Courtney McBride's objection against his exhibit list (doc. no. 300) are all overruled as moot.

DONE, this the 24th day of June, 2015.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**