IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY McBRIDE,               )<br>                                 )<br>     Plaintiff,                 )<br>                                 )<br>     v.                          )<br>                                 )<br>HOUSTON COUNTY HEALTH CARE       )<br>AUTHORITY d/b/a Southeast        )<br>Alabama Medical Center,          )<br>et al.,                          )<br>                                 )<br>     Defendants.                 ) | CIVIL ACTION NO.<br>1:12cv1047-MHT<br>(WO) |

OPINION AND ORDER

It is ORDERED that defendant Rajendra Paladugu's motion to exclude the causation opinions of Robert Auerbach (doc. no. 195) is denied for two reasons.

First, Paladugu's argument in this motion is a subset of defendant Dinesh Karumanchi's motion to exclude (doc. no. 199), and the court denied that motion in an earlier opinion. <u>McBride v. Houston Cnty. Health Care Auth.</u>, 2015 WL 3648995, at *1 (M.D. Ala. 2015) (Thompson, J.).  More importantly, because the court considers Dr. Auerbach's expert opinion and still

finds in favor of Paladugu in all respects in a companion summary-judgment opinion, this motion to exclude is moot.

DONE, this the 24th day of June, 2015.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**