IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
COURTNEY McBRIDE,              )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )     1:12cv1047-MHT
                               )         (WO)
HOUSTON COUNTY HEALTH CARE     )
AUTHORITY d/b/a Southeast      )
Alabama Medical Center,        )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the summary-judgment opinion issued today, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) Defendants City of Dothan's, Stephanie Johnson's, Mamie McCory's, Rajendra Paladugu's, Houston County Healthcare Authority's, and Dinesh Karumanchi's motions for summary judgment (doc. nos. 126, 194, 196, and 197) are granted as to defendant Rajendra Paladugu

in all respects. Judgment is entered in favor of defendant Paladugu in all respects and against plaintiff Courtney McBride, with plaintiff McBride taking nothing from defendant Paladugu. Defendant Paladugu and the claim against him will not go to trial.

    (2) Said motions for summary judgment are granted in part and denied in part as set out in the accompanying summary-judgment opinion as to the remaining defendants. The remaining defendants and the remaining claims and theories against them will go to trial.

    This case is not closed.

    DONE, this the 24th day of June, 2015.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**