IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY McBRIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:12cv1047-MHT |
| | ) | (WO) |
| HOUSTON COUNTY HEALTH CARE | ) | |
| AUTHORITY d/b/a Southeast | ) | |
| Alabama Medical Center, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having stayed the claims against defendants City of Dothan, Mamie McCory, and Stephanie Johnson, it is ORDERED that these defendants' motion in limine (doc. no. 296) is denied without prejudice and plaintiff Courtney McBride's objection to defendant City of Dothan's exhibit list (doc. no. 298) is overruled without prejudice.  The parties may refile the motion and objection if, and when, these claims are tried.

DONE, this the 6th day of July, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE