IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
COURTNEY McBRIDE,               )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      1:12cv1047-MHT
                                )           (WO)
HOUSTON COUNTY HEALTH CARE      )
AUTHORITY d/b/a Southeast       )
Alabama Medical Center,         )
et al.,                         )
                                )
    Defendants.                 )
```

### JUDGMENT

Pursuant to the stipulation made on the record on July 6, 2015, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Houston County Health Care Authority and the claims against it are dismissed with prejudice and that defendant Houston County Health Care Authority is terminated as a party. No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of July, 2015.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE