IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
COURTNEY McBRIDE,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       1:12cv1047-MHT
                               )            (WO)
HOUSTON COUNTY HEALTH          )
CARE AUTHORITY d/b/a           )
Southeast Alabama Medical      )
Center, et al.,                )
                               )
    Defendants.                )
```

ORDER

Having dismissed the claims against defendant Houston County Health Care Authority, it is ORDERED that this defendant's motion in limine (doc. no. 310) and motion to quash (doc. no. 368) are denied as moot; that its outstanding objections to plaintiff Courtney McBride's deposition designations, exhibit list, and witness list (doc. nos. 311, 312, and 313) are overruled as moot; and that plaintiff McBride's

objection to the Health Care Authority's exhibit list (doc. no. 301) is overruled as moot.

DONE, this the 6th day of July, 2015.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**