IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY McBRIDE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 1:12cv1047-MHT |
| ) | (WO) |
| DINESH KARUMANCHI, ) | |
| ) | |
|     Defendant. ) | |

### ORDER

It is ORDERED that defendant Dinesh Karumanchi's motion to quash trial subpoenas (doc. no. 373) is denied as moot.

DONE, this the 10th day of July, 2015.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE