IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY McBRIDE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:12cv1047-MHT |
| | ) | (WO) |
| DINESH KARUMANCHI, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

It is ORDERED that defendant Dinesh Karumanchi's motion to stay the trial (doc. no. 360) is denied.

DONE, this the 10th day of July, 2015.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE