IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
COURTNEY McBRIDE,        )
                         )
    Plaintiff,           )
                         )      CIVIL ACTION NO.
    v.                   )       1:12cv1047-MHT
                         )            (WO)
DINESH KARUMANCHI,       )
                         )
    Defendant.           )
```

ORDER

It is ORDERED that plaintiff Courtney McBride is to respond by noon on July 13, 2015, to the argument that she is not entitled to punitive damages as set forth in defendant Dinesh Karumanchi's motion for judgment as a matter of law (doc. no. 377).

DONE, this the 10th day of July, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE