IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY McBRIDE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:12cv1047-MHT |
| | ) | (WO) |
| DINESH KARUMANCHI, | ) | |
| | ) | |
|     Defendant. | ) | |

**FINAL AND APPEALABLE JUDGMENT**

On the 16th day of July 2015, after this cause had been submitted to a jury, a verdict was returned as follows:

> "(1) Has plaintiff Courtney McBride proved to your reasonable satisfaction by substantial evidence that Lamictal probably caused her to develop Stevens-Johnson Syndrome (SJS) or Toxic Epidermal Necrolysis (TEN)?
>
> Answer Yes or No    __YES__
>
> If your answer is "No," this ends your deliberations. If your answer is "Yes," continue to the next question.
>
> "(2) Has McBride proved to your reasonable satisfaction by substantial evidence that defendant Dinesh

> **Karumanchi breached the standard of care in his treatment of her; and that this breach probably caused harm to her?**
>
> **Answer Yes or No      NO**
>
> **If you answered "No," this ends your deliberations. ....**
>
> **SO SAY WE ALL.**
> **/s/ Joshua B. Hinson**
> **Foreperson's Signature**
>
> **DATE:   16 July 2015   "**

It is therefore the ORDER, JUDGMENT, and DECREE of the court that, based on the verdict (doc. no. 394), judgment is entered in favor of defendant Dinesh Karumanchi and against plaintiff Courtney McBride, with plaintiff McBride taking nothing in her complaint against defendant Karumanchi.

It is further ORDERED that, because there is no just reason for delay, this judgment is entered as a final judgment pursuant to federal Rule of Civil Procedure 54(b).

It is further ORDERED that costs are taxed against plaintiff McBride, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of July, 2015.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**