IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
COURTNEY McBRIDE,                )
                                 )
     Plaintiff,                  )
                                 )    CIVIL ACTION NO.
     v.                          )     1:12cv1047-MHT
                                 )         (WO)
MAMIE McCORY, STEPHANIE          )
JOHNSON, and CITY OF             )
DOTHAN,                          )
                                 )
     Defendants.                 )
```

### ORDER

This case having been stayed pending appeal as to defendants Mamie McCory, Stephanie Johnson, and City of Dothan, and this case having been resolved as to all other defendants, it is ORDERED that this case is closed administratively pending the appeal.

DONE, this the 22nd day of July, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE