IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

COURTNEY McBRIDE,           )
                            )
        Plaintiff,          )
                            )        CIVIL ACTION NO.
        v.                  )        1:12cv1047–MHT
                            )           (WO)
MAMIE McCORY, STEPHANIE      )
JOHNSON, and CITY OF         )
DOTHAN,                     )
                            )
        Defendants.         )

ORDER

Upon consideration of the opinion of the United

States Court of Appeals for the Eleventh Circuit entered

on September 30, 2016 (doc. no. 401), wherein the

judgment of this court made and entered herein on June

24, 2015 (doc. no. 341), was reversed and remanded as to

the court's denial of summary judgment on the issue of

qualified immunity to defendant Mamie McCory, and

affirmed as to all other claims; and the mandate of the

United States Court of Appeals for the Eleventh Circuit

issued on October 31, 2016, and received in the office

of the clerk of this court on October 31, 2016 (doc. no.

402), it is the ORDER, JUDGMENT, and DECREE of the court that the opinion and judgment of this court made and entered on June 24, 2015 (doc. nos. 340 and 341), are vacated to the following extent:

(1) The parts of the opinion and judgment (doc. nos. 340 and 341) denying summary judgment to defendant Mamie McCory on the basis of qualified immunity are vacated.

(2) All other parts of the opinion and judgment remain in effect.

DONE, this the 28th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE