IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY McBRIDE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MAMIE McCORY, STEPHANIE )<br>JOHNSON, and CITY OF )<br>DOTHAN, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>1:12cv1047-MHT<br>(WO) |

### JUDGMENT

In accordance with the opinion of the United States Court of Appeals for the Eleventh Circuit entered on September 30, 2016 (doc. no. 401), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Mamie McCory's motion for summary judgment (doc. no. 126) is granted as to plaintiff Courtney McBride's claims against defendant McCory in counts II and III of the amended complaint (doc. no. 70) for deliberate indifference to serious medical needs.

(2) Judgment is entered for defendant McCory and against plaintiff McBride on counts II and III of the amended complaint.

(3) Plaintiff McBride's state-law claim against defendant McCory for negligence remains pending. Defendant McCory is not terminated as a party.

DONE, this the 28th day of November, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**